FILED
November 02, 2026
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

MERYLL JOY QUIRONG COSTI,

Defendant.

Case No. 2:26-mj-00163-CKD

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release MERYLL JOY QUIRONG COSTI, Case No. 2:26-mj-00163-CKD, Charge 18 USC § 611, from custody for the following reasons:

__X__ Release on Personal Recognizance

____ Bail Posted in the Sum of $ ________________

______ Unsecured Appearance Bond $ ________________

______ Appearance Bond with 10% Deposit

______ Appearance Bond with Surety

______ Corporate Surety Bail Bond

______ (Other):

____ Sacramento County Jail is further ORDERED to release the defendant with a 30-day supply of any medications the defendant is receiving from the jail.

Issued at Sacramento, California on November 02, 2026 at 2:30 PM.

By: [signature]

Magistrate Judge Allison Claire